UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Everett Williams

    v.                                  Case No. 23-cv-509-LM-AJ

Bureau of Prisons

ORDER

After due consideration of the objections filed, I herewith approve the Report and Recommendations of Magistrate Judge Andrea K. Johnstone dated August 8, 2024 (doc. no. 10) and August 22, 2024 (doc. no. 12). For the reasons explained therein, the petitioner's motion for preliminary injunction (doc. no. 4) is denied, and the Warden's motion for summary judgment (doc. no. 6) is granted without prejudice.

SO ORDERED.

_____
Landya B. McCafferty
Chief Judge

Date: September 23, 2024

cc:    Everett Williams, pro se
        Counsel of Record