UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| EVERETT D. WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:23-cv-509-LM-AJ |
| | ) | |
| WARDEN, FCI BERLIN, | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |

**DECLARATION OF PRISCILLA VASQUEZ**

I, Priscilla Vasquez, hereby declare and state as follows:

1. I am employed as a Paralegal Specialist by the Federal Bureau of Prisons ("BOP") at the Southeast Regional Office, located in Atlanta, Georgia. I have been employed as a Paralegal Specialist since June of 2024. I have been employed by the Federal Bureau of Prisons since February 2019.

2. As a Paralegal Specialist, I have access to numerous records regarding federal prisoners maintained in the ordinary course of business by the Bureau of Prisons ("BOP"). This includes, but is not limited to, inmate Central Files, documentary records, Judgment and Commitment files, and records maintained on the Bureau of Prisons' computerized data base, SENTRY.

3. BOP records show Everett Williams, Reg. No. 79379-004 ("Petitioner"), transferred from the Federal Correctional Institution in Allenwood, Pennsylvania ("FCI Allenwood") to a Residential Reentry Center in the Southern District of Florida on September 24, 2024. A true and accurate copy of the Admission-Release History for Everett Williams, Reg. No. 79379-004, is attached hereto as **Attachment A**.

4. On February 11, 2025, Petitioner was removed from community custody and placed at the Federal Detention Center in Miami, Florida ("FDC Miami"). *See* **Attachment A**.

5. The reason for Petitioner's return is due to a change in BOP's policy as articulated in a memorandum dated January 30, 2025. A true and accurate copy of this memorandum is attached hereto as **Attachment B**.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 20th day of March 2025

*Priscilla Vasquez*
Priscilla Vasquez
Paralegal Specialist
Federal Bureau of Prisons
Southeast Regional Office