DEVGX 531.01 * INMATE HISTORY * 03-20-2025
PAGE 001 * ADM-REL * 11:22:56

REG NO..: 79379-004 NAME....: WILLIAMS, EVERETT DONOVAN
CATEGORY: ARS FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MIM | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 02-11-2025 1524 | CURRENT |
| 6-U | RELEASE | RELEASED FROM IN-TRANSIT FACL | 02-11-2025 1524 | 02-11-2025 1524 |
| 6-U | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 02-11-2025 1330 | 02-11-2025 1524 |
| CMM | TRANS SEG | TRANSFER-SEGREGATION | 02-11-2025 1330 | 02-18-2025 1156 |
| CMM | A-DES | DESIGNATED, AT ASSIGNED FACIL | 09-24-2024 1910 | 02-11-2025 1330 |
| 5-R | RELEASE | RELEASED FROM IN-TRANSIT FACL | 09-24-2024 1910 | 09-24-2024 1910 |
| 5-R | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 09-24-2024 0926 | 09-24-2024 1910 |
| ALF | FURL TRANS | FURL W/UNESCORTED TRF TO A CCC | 09-24-2024 0926 | 09-24-2024 0926 |
| ALF | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-01-2024 1515 | 09-24-2024 0926 |
| B01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 02-01-2024 1515 | 02-01-2024 1515 |
| B01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 02-01-2024 1340 | 02-01-2024 1515 |
| LEW | HLD REMOVE | HOLDOVER REMOVED | 02-01-2024 1340 | 02-01-2024 1340 |
| LEW | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 01-24-2024 0433 | 02-01-2024 1340 |
| B01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 01-24-2024 0433 | 01-24-2024 0433 |
| B01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 01-24-2024 0053 | 01-24-2024 0433 |
| BRO | HLD REMOVE | HOLDOVER REMOVED | 01-24-2024 0053 | 01-24-2024 0053 |
| BRO | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 01-19-2024 1503 | 01-24-2024 0053 |
| B10 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 01-19-2024 1503 | 01-19-2024 1503 |
| B10 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 01-19-2024 0725 | 01-19-2024 1503 |
| DEV | HLD REMOVE | HOLDOVER REMOVED | 01-19-2024 0725 | 01-19-2024 0725 |
| DEV | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 01-18-2024 0947 | 01-19-2024 0725 |
| B01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 01-18-2024 0947 | 01-18-2024 0947 |
| B01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 01-18-2024 0456 | 01-18-2024 0947 |
| BER | TRANSFER | TRANSFER | 01-18-2024 0456 | 01-18-2024 0456 |
| BER | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-10-2022 1016 | 01-18-2024 0456 |
| BER | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 06-10-2022 0706 | 06-10-2022 1016 |
| BER | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-26-2021 1908 | 06-10-2022 0706 |
| 9-F | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-26-2021 1908 | 04-26-2021 1908 |
| 9-F | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 04-26-2021 0415 | 04-26-2021 1908 |
| REE | TRANSFER | TRANSFER | 04-26-2021 0315 | 04-26-2021 0315 |
| REE | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-06-2020 1418 | 04-26-2021 0315 |
| 0-F | RELEASE | RELEASED FROM IN-TRANSIT FACL | 01-06-2020 1518 | 01-06-2020 1518 |
| 0-F | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 01-06-2020 1226 | 01-06-2020 1518 |
| BIG | TRANSFER | TRANSFER | 01-06-2020 1126 | 01-06-2020 1126 |
| BIG | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-15-2016 1045 | 01-06-2020 1126 |
| BIG | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 08-15-2016 0553 | 08-15-2016 1045 |
| BIG | A-DES | DESIGNATED, AT ASSIGNED FACIL | 12-04-2008 0721 | 08-15-2016 0553 |
| I-T | RELEASE | RELEASED FROM IN-TRANSIT FACL | 12-04-2008 0821 | 12-04-2008 0821 |
| I-T | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 12-04-2008 0530 | 12-04-2008 0821 |
| B08 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 12-04-2008 0530 | 12-04-2008 0530 |
| B08 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 12-03-2008 0706 | 12-04-2008 0530 |

G0002 MORE PAGES TO FOLLOW . . .

DEVGX 531.01 * INMATE HISTORY * 03-20-2025
PAGE 002 OF 002 * ADM-REL * 11:22:56

REG NO..: 79379-004 NAME....: WILLIAMS, EVERETT DONOVAN
CATEGORY: ARS FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| OKL | HLD REMOVE | HOLDOVER REMOVED | 12-03-2008 0606 | 12-03-2008 0606 |
| OKL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 11-24-2008 1745 | 12-03-2008 0606 |
| I-T | RELEASE | RELEASED FROM IN-TRANSIT FACL | 11-24-2008 1845 | 11-24-2008 1845 |
| I-T | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 10-22-2008 0530 | 11-24-2008 1845 |
| A01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 10-22-2008 0530 | 10-22-2008 0530 |
| A01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 10-21-2008 1228 | 10-22-2008 0530 |
| MIM | HLD REMOVE | HOLDOVER REMOVED | 10-21-2008 1228 | 10-21-2008 1228 |
| MIM | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 08-04-2008 1259 | 10-21-2008 1228 |
| MIM | ADM CHANGE | RELEASE FOR ADMISSION CHANGE | 08-04-2008 1300 | 08-04-2008 1305 |
| MIM | A-PRE | PRE-SENT ADMIT, ADULT | 03-18-2007 1843 | 08-04-2008 1300 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED