**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Reentry Services Division* *Washington, D.C. 20534*

January 30, 2025

**MEMORANDUM FOR ALL RESIDENTIAL REENTRY MANAGERS AND REGIONAL CORRECTIONAL PROGRAM ADMINISTRATORS**

Bianca Shoulders

**FROM:** **BIANCA SHOULDERS, ADMINISTRATOR**
**RESIDENTIAL REENTRY MANAGEMENT BRANCH**
**REENTRY SERVICES DIVISION**

MELISSA HARRIS ARNOLD Digitally signed by MELISSA HARRIS ARNOLD
Date: 2025.01.30 10:43:54 -05'00'

**FROM:** **MELISSA ARNOLD, ADMINISTRATOR**
**CORRECTIONAL PROGRAMS BRANCH**
**CORRECTIONAL PROGRAMS DIVISION**

**SUBJECT:** **Updated Guidance on Application of Federal Time Credits to Pre Release Custody for all Non-U.S. Citizens with an Active Detainer**

The purpose of this memorandum is to provide updated guidance on the referral and placement of non-U.S. citizens with active detainers in pre-release custody, both Residential Reentry Centers (RRC) and Home Confinement (HC), as referenced in Program Statement 5410.01, First Step Act of 2018 – Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4).

**Cessation of Referral and Placement of Individuals with Immigration Detainers**
Effective immediately, pending placements in pre-release custody for application of Federal Time Credits (FTC) for all non-U.S. citizens with active detainers will be canceled. Cancelation will occur in all cases where a detainer is lodged and includes cases where a final order of deportation has not been issued. Institutions should immediately halt referral of all such cases.

**Action Required**

- Residential Reentry Managers should cancel all pending FSA placements in the pipeline for non-U.S. citizens where a detainer has been lodged
- Residential Reentry Managers should not process any referrals received that have not yet received a placement date for all non-U.S. citizens where a detainer is lodged
- Institutions should be instructed to cease all FSA/FTC referrals of individuals who are non-U.S. Citizens and have an active detainer, whether or not a final order of removal has been issued
- Institutions should halt all referrals currently routing for non-U.S. citizens with an active detainer

**Removal of Detainer**
If the detaining authority removes a detainer for an individual or rescinds a final order of deportation, Correctional Systems employees will verify, in writing, the reason for the removal (e.g., medical or mental health status, unable to secure travel documents, etc.). This documentation must be included in the referral packet should the institution deem eligibility criteria has been met and an individual becomes eligible for pre-release custody.

**Continuation of First Step Act Implementation**
Individuals meeting the criteria under the FSA in all instances where a detainer is lodged but U.S. citizenship is not a factor may continue to be referred under the FSA and placed in pre-release custody when applicable. Application of FTCs toward early release to supervision for non-U.S. citizens with active detainers will not be affected.

Thank you for your cooperation and continued dedication to supporting the Bureau's mission. Your efforts are critical to ensuring the success of RRC programs during these challenging times.

Should you have any questions, please contact Bianca Shoulders, bshoulders@bop.gov, or Melissa Arnold, m1arnold@bop.gov.